UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 08-60106-Cr-Marra

      Plaintiff,

vs.

MICHAEL GUYLAIRE AUGUSTE,

      Defendant.
_____/

## ORDER OF TRANSFER TO FUGITIVE STATUS

The above-named Defendant, Michael Guylaire Auguste, is hereby transferred to the Clerk's suspended file until such time as the defendant is apprehended.

DONE and ORDERED at West Palm Beach, Florida, this 5th day of June, 2008.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

Terry Lindsey, AUSA